ADVANCE LOAN
1819 SOUTH AIR DEPOT
OKLAHOMA CITY OK 73110

ALLIED INTERSTATE
POST OFFICE BOX 361598
COLUMBUS OH 43236-1598

ALLSTATE INSURANCE COMPANY
POST OFFICE BOX 26887
OKLAHOMA CITY OK 73126

AMERICAN EXPRESS
POST OFFICE BOX 53852
PHOENIX AZ 85072-3852

ARROW FINANCIAL SERVICES
21031 NETWORK PLACE
CHICAGO IL 60678-1031

ASSOCIATED RECOVERY SYSTEMS
201 WEST GRAND AVENUE
ESCONDIDO CA 92025

AT&T
POST OFFICE BOX 650054
DALLAS TX 75265-0054

AT&T WIRELESS
POST OFFICE BOX 20166
MINNEAPOLIS MN 55420

BANK ONE
165 LAWRENCE BELL DRIVE, SUITE 100
BUFFALO NY 14231-9027

BIRCH TELECOM
POST OFFICE BOX 660111
DALLAS TX 75266

CAC FINANCIAL CORPORATION
2601 NORTHWEST EXPRESSWAY, SUITE 1000
OKLAHOMA CITY OK 73112-7236

CAPITAL ONE
11011 WEST BROAD STREET
GLEN ALLEN VA 23060-5937

CBCS
POST OFFICE BOX 69
COLUMBUS OH 43216

CHEXSYSTEMS COLLECTION AGENCY
DEPARTMENT C
1550 EAST 79TH STREET
MINNEAPOLIS MN 55425

CINGULAR WIRELESS
POST OFFICE BOX 163250
COLUMBUS OH 43216-3250

CITI BANK
POST OFFICE BOX 6000
THE LAKES NV 89163

COMMERCIAL FEDERAL BANK
POST OFFICE BANK 1103
OMAHA NE 68101-1103

COUNTRYWIDE HOME LOANS
POST OFFICE BOX 260599
PLANO TX 75026-0599

CREDIT COLLECTION SERVICE
POST OFFICE BOX 55126
BOSTON MA 02205-5126

CREDIT COLLECTION SERVICE
POST OFFICE BOX 55156
BOSTON MA 02205-5156

DENTISTRY BY DESIGN
7215 EAST RENO AVENUE
OKLAHOMA CITY OK 73110

DUNN & BRADSTREET
POST OFFICE BOX 723001
ATLANTA GA 31139-0001

EMERGENCY PHYSICIANS
3303 MERIDIAN AVEUNE
OKLAHOMA CITY OK 73119

EMERGENCY PHYSICIANS
POST OFFICE BOX 96408
OKLAHOMA CITY OK 73143-6408

EXPRESS LOANS
1020 SOUTHWEST 59TH
OKLAHOMA CITY OK 73112

FABRICE MOONEY
1514 TAURUS DRIVE
EDMOND OK 73003

FINANCIAL RECOVERY SERVICES
POST OFFICE BOX 385908
MINNEAPOLIS MN 55438-5908

FIRST USA
POST OFFICE BOX 8650
WILMINGTON DE 19899

FORD MOTOR CREDIT COMPANY
POST OFFICE BOX 542000
OMAHA NE 68154-8000

GATEWAY-PARCENERS D/B/A GATEWAY PLAZA
POST OFFICE BOX 300291
OKLAHOMA CITY OK 73140

HEART CONSULTANTS PC
8121 NATL AVEUNE, NUMBER 402
OKLAHOMA CITY OK 73110

HOUSEHOLD FINANCE CORPORATION
POST OFFICE BOX 4153
CAROL STREAM IL 60197-4153

HOUSHOLD FINANCE
COLLECTION DEPARTMENT
POST OFFICE BOX 4153
CAROL STREAM IL 60128

IAN RUPERT
17177 SOUTHEAST 59TH
CHOCTAW OK 73020

INTERNAL REVENUE SERVICE
POST OFFICE BOX 660264
DALLAS TX 75266-0264

JIM ERICSON
POST OFFICE BOX 950638
OKLAHOMA CITY OK 73195

KAREN M. FUNK
TRIAD CENTER, SUITE 240
7666 EAST 61ST STREET
TULSA OK 74133

LEASE COPRORATIONS OF AMERICA
POST OFFICE BOX 1297
TROY MI 48099-5126

LOVE, BEAL & NIXON, P.C.
6613 NORTH MERIDIAN
POST OFFICE BOX 32738
OKLAHOMA CITY OK 73123

LOVE, BEAL & NIXON, P.C.
POST OFFICE BOX 32738
OKLAHOMA CITY OK 73123

MCBEE SYSTEMS & BILATERAL CREDIT
141 WEST 28TH STREET
NEW YORK NY 10001-6199

MCCARTHY, BURGESS & WOLFF
26000 CANNON ROAD
BEDFORD OH 44146

METROCALL
POST OFFICE BOX 78215
PHOENIX AZ 85062-8215

MIDWEST CITY REGIONAL HOSPITAL
2825 PARKLAWN DRIVE
OKLAHOMA CITY OK 73110

MIDWEST RADIOLOGY ASSOCIATES PC
POST OFFICE BOX 26526
OKLAHOMA CITY OK 73126-0526

MONEY TIME LOANS
1925 SOUTH AIR DEPOT
OKLAHOMA CITY OK 73110

MONOGRAM CREDIT CARD BANK
POST OFFICE BOX 32738
OKLAHOMA CITY OK 73123

MORGAN AND ASSOCIATES
2601 NORTHWEST EXPRESSWAY
OKLAHOMA CITY OK 73112

NATIONAL ACTION FINANCIAL SERVICES, INC.
POST OFFICE BOX 9027
BUFFALO NY 14231-9027

NATIONAL BUREAU OF COLLECTIONS
POST OFFICE BOX 850215
OKLAHOMA CITY OK 73140

NATIONWIDE RECOVERY SYSTEMS
POST OFFICE BOX 702257
DALLAS TX 75370-2257

NC TWO LP
POST OFFICE BOX 1068
STAFFORD TX 77497-1068

NCO
2550 EAST STONE DRIVE, SUITE 250
KINGSPORT TN 37660

NEXTEL
POST OFFICE BOX 4191
CAROL STREAM IL 60197


NII
POST OFFICE BOX 2997
SAN ANTONIO TX 78299-2997

NORTH SHORE AGENCY
POST OFFICE BOX 8909
WESTBURY NY 11590-8909

NORTHLAND GROUP INC.
POST OFFICE BOX 390846
MINNEAPOLIS MN 55439

OG&E
POST OFFICE BOX 24990
OKLAHOMA CITY OK 73124-0990

OKLAHOMA EMPLOYMENT SECURITY COMMISSION
POST OFFICE BOX 52003
OKLAHOMA CITY OK 73152-2003

OKLAHOMA NATURAL GAS
POST OFFICE BOX 268826
OKLAHOMA CITY OK 73126-8826

OKLAHOMA TAX COMMISSION
POST OFFICE BOX 26790
OKLAHOMA CITY OK 73126-0790

OU PHYSICIANS
POST OFFICE BOX 26307
OKLAHOMA CITY OK 73126

PRA III LLC
POST OFFICE BOX 32738
OKLAHOMA CITY OK 73123



RENAISSANCE PHYSICIAN
POST OFFICE BOX 55126
BOSTON MA 02205-5126

RETRIEVAL MASTERS CREDITORS BUREAU
2269 SOUTH SAW MILL RIVER ROAD,
SUITE 3
ELMSFORD NY 10523-3832

RICHARD CHAPMAN
6846 SOUTH CANTON, SUITE 100
TULSA OK 74136

SAMS CLUB
POST OFFICE BOX 105980
ATLANTA GA 30353-5980

SEARS
86 ANNEX
ATLANTA GA 30386-0001

SECURITY DESIGNERS, INC
POST OFFICE BOX 14947
OKLAHOMA CITY OK 73113

SOONER PHYSICAL THERAPY
6312 EAST RENO, SUITE B
OKLAHOMA CITY OK 73110

SOUTHWESTERN BELL
POST OFFICE BOX 4843
HOUSTON TX 77097-0078

STAPLES
POST OFFICE BOX 9020
DES MOINES IA 50368-9020



SYSTEMS & SERVIES TECHNOLOGIES, INC.
POST OFFICE BOX 801997
KANSAS CITY MO 64180-1997

T MOBILE
POST OFFICE BOX 742596
CINCINNATI OH 45274

TAN & TONE AMERICA
1200 SOUTH AIR DEPOT
OKLAHOMA CITY OK 73110

TINKER FEDERAL CREDIT UNION
POST OFFICE BOX 45750
OKLAHOMA CITY OK 73145-0750

TRANSWESTERN PUBLISHING
8344 CLAIREMONT MESA BLOUVARD
SAN DIEGO CA 92111

TSR WIRELESS
POST OFFICE BOX 61015
HARRISBURG PA 17106-7015

UNIFUND CCR PARTNERS
POST OFFICE BOX 32738
OKLAHOMA CITY OK 73123

UNIVERSITY PHYSICIANS MEDICAL GROUP
POST OFFICE BOX 850215
OKLAHOMA CITY OK 73185

VERIZON
POST OFFICE BOX 612727
DALLAS TX 75261-2727



WEINGARTEN REALTY MANAGEMENT CO.
POST OFFICE BOX 924133
HOUSTON TX 77292-4133

WELLS FARGO
4221 GORBES BLOUVARD, SUITE 2
WASHINGTON DC 20406-4819

